1 Linda M. Lawson (Bar No. 77130)
  llawson@mmhllp.com
2 James J. Moak (Bar No. 82393)
  jmoak@mmhllp.com
3 Carol B. Lewis (Bar No. 130188)
  clewis@mmhllp.com
4 MESERVE, MUMPER & HUGHES LLP
  300 South Grand Avenue, 24th Floor
5 Los Angeles, California 90071-3185
  Telephone: (213) 620-0300
6 Facsimile: (213) 625-1930

7 Attorneys for Defendant
  STANDARD INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYA FERDOWSNIA, | Case No. CV11-0720 ~~EDL~~ SC |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY; [~~PROPOSED~~] ORDER THEREON** |
| vs. | |
| STANDARD INSURANCE COMPANY; STEVE POIZNER as COMMISSIONER OF INSURANCE; and DOES 1-20, inclusive, | |
| Defendants. | |

**TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE THAT** Defendant STANDARD INSURANCE COMPANY ("Defendant") hereby substitutes MESERVE, MUMPER & HUGHES LLP as its attorneys of record in place of AKIN GUMP STRAUSS HAUER & FELD LLP. The contact information for new counsel is as follows:

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP
117820.1

1

Case No. CV11-0720 EDL
SUBSTITUTION OF ATTORNEY;
[PROPOSED] ORDER THEREON



1  Linda M. Lawson (llawson@mmhllp.com)
   James J. Moak (jmoak@mmhllp.com)
2  Carol B. Lewis (clewis@mmhllp.com)
   MESERVE, MUMPER & HUGHES LLP
3  300 South Grand Avenue, 24th Floor
   Los Angeles, California 90071-3185
4  Telephone: (213) 620-0300
   Facsimile: (213) 625-1930

6  Dated: April 18, 2011

8  By: _____
   Lawrence Frank
9  AVP & Associate Counsel
   STANDARD INSURANCE
   COMPANY

The undersigned consents to the above substitution.

11 Dated: April 21, 2011           AKIN GUMP STRAUSS HAUER &
                                   FELD LLP
12                                 Shawn Hanson

14                                 By: Shawn Hanson / ME
                                   Shawn Hanson

The undersigned hereby accepts the above substitution.

17 Dated: April 21, 2011           MESERVE, MUMPER & HUGHES LLP
                                   Linda M. Lawson
18                                 James J. Moak
                                   Carol B. Lewis

                                   By: Linda M. Lawson
                                   Linda M. Lawson
                                   Attorneys for Defendant
                                   STANDARD INSURANCE
                                   COMPANY

**IT IS SO ORDERED.**
DATED: April 25, 2011

Hon. _____
Judge, _____

IT IS SO ORDERED
Judge Samuel Conti

2                                  Case No. CV11-0720 EDL
                                   SUBSTITUTION OF ATTORNEY;
                                   [PROPOSED] ORDER THEREON